101 A.3d 99

Kenneth HOLMES, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY, PA., Respondent.

No. 116 EM 2014.

Supreme Court of Pennsylvania.

Sept. 29, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED,** and the

504

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**